UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RUTLEDGE, | No. 2:18-cv-1075 DB P |
| Plaintiff, | |
| v. | ORDER |
| AMY FOSTER, et al., | |
| Defendants. | |

    Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is requesting leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

    On June 20, 2018, plaintiff filed a request for a court-appointed investigator. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for investigators. See 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an investigator (ECF No. 9) is denied.

Dated: June 25, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9DB/orders/prisoner-civil rights/rutl1075.31.c

1

2