UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RUTLEDGE,<br><br>   Plaintiff,<br><br>   v.<br><br>AMY FOSTER, et al.,<br><br>   Defendants. | No. 2:18-cv-1075 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In an order filed June 18, 2018, the court struck plaintiff's complaint because it was unsigned. (ECF No. 8.) In that order, the court also advised plaintiff of the legal standards for the claims he appeared to be attempting to raise. The court directed plaintiff to file a signed complaint within thirty days. Those thirty days have passed and plaintiff has not filed an amended complaint or otherwise responded to the court's June 18 order.

Accordingly, the Clerk of the Court IS HEREBY ORDERED to assign a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 17, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/rutl1075.fta fr